AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

United States of America

v.

Case No. 26-mj- 154

ALEXEY ALEKSANDROVICH MOSKALYUK

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates listed, in the Western District of New York and elsewhere, the defendant, ALEXEY ALEKSANDROVICH MOSKALYUK:

Between on or about July 27, 2026, and August 4, 2026, the exact dates being unknown, did knowingly employ, use, persuade, induce, entice and coerce, and did knowingly attempt to employ, use, persuade, induce, entice and coerce a minor, that is MV-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such sexually explicit conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

JOHN HONAN
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

*Printed name and title*

Sworn to and signed telephonically.

Date: August 14, 2026

H. Kenneth Schroeder, Jr.

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

I, **JOHN J. HONAN**, after being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since July 2022. Presently, I am assigned to the Buffalo Field Office Child Exploitation Task Force ("CETF"), which targets individuals involved in the sexual exploitation of children and adults, as well as human trafficking offenders. As such, I am a law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 115(c)(1), who is "authorized by law or by Government agency to engage in or supervise the prevention, detention, investigation or prosecution of any violation of Federal criminal law." As a Special Agent assigned to the CETF, I have participated in investigations of persons suspected of violating federal child exploitation, child pornography, and human trafficking laws, including the drafting and execution of search and arrest warrants. I have participated in multiple investigations in which criminals used computers, cellular telephones, and other mobile communication technology to victimize children and adults, and to communicate with their associates and undercover officers.

2. This affidavit is made in support of a criminal complaint and arrest warrant charging **ALEXEY ALEKSANDROVICH MOSKALYUK (MOSKALYUK)** date of birth 03/30/1999, with violations of Title 18 U.S.C. §§ 2251(a), production of child pornography.

Unless specifically indicated otherwise, all conversations described in this affidavit are related in sum and substance and in part only.

3. Through my experience and training, I am aware that Title 18, United States Code, Section 2256 defines "minor", for purposes of Section 2252A, as "any person under the age of eighteen years." Section 2256 also defines "sexually explicit conduct" for purposes of Section 2252A as including: (a) genital-genital, oral-genital, anal-genital, and oral-anal sexual intercourse, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; and (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

4. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, the statements of witnesses, information supplied by other law enforcement officers, and through other investigative activity. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that **MOSKALYUK** has violated Title 18 U.S.C. § 2251(a), production of child pornography.

## PROBABLE CAUSE

5. On August 3, 2026, the Albion Police Department (APD) received a report involving a missing minor female, herein referred to as Minor Victim 1 (MV-1). MV-1's mother advised officers that her daughter had left home unexpectedly and provided

investigators with multiple electronic devices belonging to MV-1, voluntarily consenting to a forensic review of those devices. MV-1's mother reported that MV-1 frequently communicated with adult males online through Discord and Snapchat. Snapchat is a social-media and messaging application that allows users to send images, videos, and text messages that can disappear after they are viewed. Users communicate through individual chats or group conversations and can also exchange media files directly through the application. Snapchat accounts are identified by unique usernames selected by the user. Discord is an online communication platform that allows users to communicate through servers dedicated to specific topics or communities. Within a server, users can participate in text channels, voice calls, and video chats, and can exchange images, videos, and other digital content. Discord accounts are also identified by unique usernames selected by the user.

6. On August 4, 2026, Albion Police located MV-1 at a Quality Inn in Niagara Falls, New York, accompanied by **ALEXEY ALEKSANDROVICH MOSKALYUK (MOSKALYUK)**, who had traveled from Brooklyn, NY to meet her. MOSKALYUK and MV-1 informed the interviewing officers that they had met on a social media platform.

7. When MV-1 was reunited with her family, she informed APD officers that she wished to provide further information regarding her relationship with MOSKALYUK. MV-1 informed responding officers that she and MOSKALYUK began communicating through her involvement in an online group called "Cultist" when she was approximately 13 years old. "Cultist" was largely comprised of adult males and minor females. MV-1 reported that in this group, minor females were coerced or blackmailed by adult males into sending child

sexual abuse material (CSAM) or videos of self-harm. MV-1 reported that she was coerced into self-harm and CSAM production beginning when MV-1 was 13 years old. MV-1 stated that when she was 15 years old, she began to video chat with MOSKALYUK. In these video chats, MOSKALYUK and MV-1 shared videos of themselves masturbating. From the time that MV-1 was 15 years old to present, MOSKALYUK would routinely request nude images of MV-1 and often requested that she use objects to simulate sexual acts, MV-1 routinely sent these images and videos to MOSKALYUK. MV-1 informed law enforcement officers that approximately 1 year ago, when she was 16 years old, she met MOSKALYUK and engaged with sexual acts with him at locations in the Western District of New York.

8. Members of the APD and Orleans County Sherriff's office conducted a forensic extraction of MV-1's devices on August 5, 2026.

9. Your affiant reviewed a conversation on Discord between MV-1 and an account bearing username "Svetovid". This conversation began on July 10, 2026. On July 27, 2026, "Svetovid" sent MV-1 the messages "its actuallt happening", "we're doing this together", and "i am on my way". In this chat, MV-1 and MOSKALYUK discuss a place for MOKALYUK to pick up MV-1. MOSKALYUK was identified in a separate Federal Bureau of Investigation, as a user of the Discord account bearing username "Svetovid", for his involvement in an online community involved in coercing minors into committing sadistic acts. Present on MV-1's cell phone was a video depicting what appears to be MOSKALYUK. In this video, MOSKALYUK says "I am Svetoid, I hate pedos".

10. On May 15, 2026, MV-1 sent MOSKALYUK, to his Svetovid discord account, the following messages, "I wish I could go out with you" "On a date" "When I'm old enough and I don't have to be a secret anymore". MOSKALYUK responds, "well theres also the issue of you being like 400 miles away" "but yeah". On January 6, 2026, MV-1 sent MOSKALYUK the following message: "I'm probably gonna work at fucking AutoZone until I'm 17 and I can leave". On February 6, 2026, MV-1 sent MOSKALYUK the following message: "I'm turning into a coffee obsessed millennial at the age of 16". On February 6, 2026, MV-1 sent MOSKALYUK, "I'm working on getting my license for you". On May 16, 2026, MOSKALYUK sent MV-1 the following messages: "this is what being a 16 year old girl does to a nigga" "your feelings are wrong". These text messages further evidence that MOSKALYUK was aware that MV-1 was a minor at the time of the subject offenses.

11. Through information provided by the FBI Honolulu Division, your affiant learned that MOSKALYUK, using the Discord username "Svetovid," was an active participant and former administrator within an online group known as "Cultists." FBI Honolulu identified "Cultists" as an organized online community of adult males who manipulated and coerced individuals in live video calls and chats. In these communications, minor participants were pressured or directed by group leaders to engage in acts designed to degrade, endanger, or psychologically destabilize them, including cutting their skin, burning themselves, or causing injury to their bodies. Participants were also instructed to perform humiliating acts by the direction of senior group members and were threatened with public exposure, harassment, or other retaliation if they failed to comply. Screen-recorded Discord sessions obtained by FBI Honolulu through a federal search warrant showed the Discord user,

"Svetovid," actively engaged in these group calls and discussions, supporting and encouraging directives issued to other users during these harmful and coercive interactions. Subpoena returns linked MOSKALYUK to multiple online accounts associated with the group's activities. The following videos were recovered by the FBI Honolulu Division:

a. In a 24-minute video, Svetovid encouraged MV-1 to cut her neck.

b. In a 26-minute video, members of "Cultists" encouraged an unknown female to harm herself with a sharp object and masturbate while doing so. Svetovid told the female lick the bathroom floor and wipe her blood on her face.

c. In a 96-minute video, Svetovid, asked MV-1 to carve an orthodox cross into her leg. Also in this video, Svetovid instructed an unknown female on how to cut herself.

12. This information demonstrates that MOSKALYUK's involvement in coercive, manipulative, and exploitative behavior within online communities predates and extends far beyond his later contact with MV-1, and reflects an established pattern of interacting with vulnerable individuals in a manner consistent with exploitation and abuse.

13. In June 2025, an individual was arrested by the FBI Albany division, herein referred to as "Informant", who informed interviewing officers in a proffer interview that a male in his mid-20s of Russian decent, who lived in Brooklyn, New York was a "big" member of "Cultists". Informant knew this individual to use the Discord username "svetovid_7", or "Svetovid". Informant knew this individual as Alexei or Alexey.

14. On January 10, 2026, MOSKALYUK sent MV-1 the following messages on Discord: "alexects1" "ay" "im on this account again". Your affiant also reviewed a

conversation on the social media application, Snapchat, between MV-1 and an account bearing username "alexects1". This conversation began on January 10, 2026, but only a recent portion of the conversation was present on MV-1's device. In this conversation, MV-1 refers to the other individual as "Alexey". On July 28, 2026, "alexects1" sent a selfie style image of a male wearing women's underwear on his head. Your affiant compared this image to a recent mugshot image of MOSKALYUK and noted that the image sent by "alexects1" appears to depict MOSKALYUK. MV-1 reported to law enforcement that MOSKALYUK utilized a Snapchat account bearing screenname "A G" and the username "alexects".

15. On July 29, 2026, MOSKALYUK utilizing a Snapchat account bearing screenname "A G" and username, "alexects1", sent MV-1 two videos depicting a minor female engaged in oral-genital contact with an adult male. The female's face is clearly visible in these videos. Your affiant noted that the female depicted in these videos appears to be MV-1. MV-1 has distinctive freckle marks on the right side of her face. Your affiant noted that these freckles were visible in these videos depicting the minor engaged in oral-genital contact. MOSKALYUK also sent non-explicit images depicting MV-1 and MOSKALYUK together in a hot tub.

16. The videos were transmitted to MV-1 directly from the Snapchat account bearing screenname "A G" and username "alexects1," which MV-1 identified as the user account being used by MOSKALYUK. That same account sent additional images that appear to depict MOSKALYUK himself. These factors, combined with MOSKALYUK's longstanding communications with MV-1 and MV-1's statements describing their in-person

sexual encounters and MOSKALYUK's prior requests that she create and send illicit material, lead this affiant to believe that MOSKALYUK was the individual who created and transmitted the videos recovered from MV-1's device.

17. On August 13, 2026, FBI Buffalo personnel interviewed MV-1. MV-1 stated that MOSKALYULK picked her up from her home in late July 2026 and that MOSKALYUK supplied her with marijuana and alcohol. She further stated that they stayed at an Airbnb rental property in Olcott, New York and during their stay at this property, MOSKALYUK and MV-1 engaged in oral-genital contact. During this contact, MOSKALYUK used his cell phone to capture videos of this contact and later sent it to MV-1 utilizing his Snapchat account. MV-1 viewed these videos on Snapchat after MOSKALYUK sent them to her. Your affiant printed images of frames from both videos, and MV-1 identified herself and MOSKALYUK as the individuals depicted in the videos, and indicated that these videos show her engaging in oral-genital contact with MOSKALYUK. MV-1 stated that this contact occurred in Olcott, New York in late July of 2026, while she was a minor.

18. Your affiant spoke with the owner of the Airbnb rental property where MOSKALYUK and MV-1 stayed, herein referred to as "Witness 1." Witness 1 stated that "Alex Moskalyuk" stayed at her rental from July 29 to July 31, 2026. Witness 1 reviewed Ring security camera footage from the residence during the time MOSKALYUK and MV-1 were present and confirmed that only MOSKALYUK and MV-1 were observed on camera entering and exiting the property. Your affiant reviewed publicly available images of the rental

property and noted that the bedframe and carpet visible in the videos described in paragraph 11 appear consistent with the bedframe and carpet visible in the publicly available images of the rental property.

19. Based on my training and experience, I know that both Snapchat and Discord rely on internet-based communication systems that operate through servers located across the United States and internationally. Snapchat stores and processes user data on cloud infrastructure provided by Google and Amazon Web Services. Amazon Web Services servers used by Snapchat are located in Oregon, California, Ohio, and Virginia, and Google Cloud servers are similarly distributed across multiple states. Discord also operates on Amazon Web Services infrastructure located in Oregon, California, Ohio, and Virginia. When a user transmits messages, images, videos, or other digital content through Snapchat or Discord, the data is routed through these interstate servers, often traveling across multiple states and sometimes internationally before reaching its destination. Accordingly, the use of Snapchat and Discord constitutes the use of a means and facility of interstate and foreign commerce.

20. Based on my training and experience, the visual depictions described in paragraph 11 constitute child sexual abuse material under Title 18, United States Code, Section 2256. MV-1 reported that she and MOSKALYUK engaged in sexual acts during their in-person encounters, and MOSKALYUK's communications with MV-1 demonstrate that he knew she was a minor at the time. The timing and circumstances of the recordings, along with MV-1's statements describing MOSKALYUK's involvement during those encounters, establish that MOSKALYUK used MV-1, a minor, to engage in sexually explicit conduct for

the purpose of producing these visual depictions. Accordingly, this affiant respectfully submits that there is probable cause to believe that MOSKALYUK violated Title 18 U.S.C. § 2251(a).

## III. CONCLUSION

21. Wherefore, based on the information contained herein, I believe there is probable cause to conclude that **ALEXEY ALEKSANDROVICH MOSKALYUK** knowingly violated Title 18, United States Code, Section § 2251(a), production of child pornography. I respectfully request that the Court issue the requested criminal complaint and arrest warrant.

22. To minimize the risk that MOSKALYUK will learn about the criminal complaint and arrest warrant before it can be executed, and thereby take steps to evade capture, I respectfully request that the Court issue an order sealing the criminal complaint, this affidavit, and the requested arrest warrant until such time as MOSKALYUK is arrested.

JOHN J. HONAN
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically

this the 14th day of August, 2026.

H. Kenneth Schroeder, Jr.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge